IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY QUARLES, | |
| Petitioner, | No. 3:10-CV-2567 |
| v. | (JUDGE CAPUTO) |
| WARDEN B.A. BLEDSOE, | (MAGISTRATE JUDGE CARLSON) |
| Respondent. | |

### ORDER

**NOW** this 3rd day of March, 2011, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED**.

(2) Petitioner's Petition for Writ of Habeas Corpus is **DENIED**.

(3) A Certificate of Appealability will not be issued.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge